CUYAHOGA COUNTY BAR ASSOCIATION *v.* CAYWOOD.

[Cite as *Cuyahoga Cty. Bar Assn. v. Caywood*
(1994), 71 Ohio St.3d 164.]

(No. 94–1859—Submitted October 11, 1994—Decided December 14, 1994.)

*Gary S. Fishman, Elmer G. Cowan* and *Nancy A. Fuerst,* for relator.

*Carmen P. Naso,* for respondent.

---

*Per Curiam.* We concur with the findings of fact, conclusions of law, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in this state. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.